

IN THE
TENTH COURT OF APPEALS

No. 10-22-00374-CV

KEVIN KING AND SCOTT MCAFEE,

Appellants

v.

ELAWAN DILEO SOLAR, LLC; ELAWAN ENERGY, SL; BOSQUE COUNTY, TEXAS; BOSQUE COUNTY COMMISSIONERS COURT, MARVIN WICKMAN, TERRY TOWNLEY, LARRY PHILLIP, AND RODNEY LAIRDON IN THEIR OFFICIAL CAPACITIES; CLIFTON INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES, ALEX MONTES, DR. SKYLAR BIZZELL, JULIE NEW, COURTNEY MAYFIELD, MATT DOMEL, JOSH RITZMANN, AND DR. JAN ZUEHLKE IN THEIR OFFICIAL CAPACITIES; TEXAS COMPTROLLER OF PUBLIC ACCOUNTS; AND GLENN HEGAR,

Appellees

From the 220th District Court
Bosque County, Texas
Trial Court No. CV22-221

MEMORANDUM OPINION

Appellants Kevin King and Scott McAfee moved to dismiss their appeal.[1] In the motion, appellants assert they no longer wish to pursue their appeal.

---

[1] Appellants actually move to withdraw their notice of appeal. The Rules of Appellate Procedure have been amended to label what the appellants want to do as a dismissal of the appeal. *See* TEX. R. APP. P. 42.1.

The Court takes no position on and expressly does not affirm appellants' reservation of the right to appeal certain orders in an appeal from a final judgment in the underlying case.

The Court dismisses the appeal. *See* TEX. R. APP. P. 42.1(a).

There being no agreement as to costs, costs are taxed against appellants Kevin King and Scott McAfee. *Id.* (d).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
  Justice Johnson, and
  Justice Smith
Motion granted
Appeal dismissed
Opinion delivered and filed December 21, 2022
[CV06]

